IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JULIO ANGEL ACOSTA DOMINGUEZ,**       Petitioner, § § § § | |
| v. | § §   **EP-25-CV-00741-DB** |
| **KRISTI NOEM,** *Secretary, U.S. Department of Homeland Security, et al.,*       Respondents. § § § § | |

**ORDER**

On this day, the Court considered the above-captioned case. On December 23, 2025, Petitioner Julio Angel Acosta Dominguez filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Preliminary Injunctive Relief," ECF No. 1. On January 8, 2026, the Court issued its "Memorandum Order and Opinion," ECF No. 5, wherein following orders issued:

> T IS HEREBY ORDERED that Petitioner Julio Angel Acosta Dominguez's "Petition for Writ of Habeas Corpus," ECF No. 1, is GRANTED IN PART. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings no later than January 13, 2026. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than January 12, 2026. IT IS FINALLY ORDERED Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than January 16, 2026.

ECF No. 5 at 11. On January 16, 2026, Respondents filed "Federal Respondents' Status Report," ECF No. 7, stating that "Respondents filed an advisory on January 12, 2026, ECF No. 6, notifying the Court that a bond hearing was scheduled for January 13, 2026." *Id.* at 1. Respondents' counsel was informed that the IJ took no action at the bond hearing. . . [and] ICE released petitioner on January 16, 2026." *Id.*

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than January 23, 2026.**

**SIGNED** this **20th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE